# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TENISHA WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:23-cv-03007-JPG |
| CITY OF ALTON et al, | ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court, having considered all the issues in this case;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

**DATED:** January 23, 2024

MONICA A. STUMP, Clerk of Court

By:  *s/Tina Gray,*
     Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE